J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Countrywide Home Loans, Inc., Recontrust Company and Mortgage Electronic Registration Systems, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CINDY BIRKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER STATE FINANCIAL SERVICES, INC.; COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; et al.,<br><br>Defendants. | Case: 2:10-cv-00035-KJD-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants Countrywide Home Loans, Inc. ("CHL"), ReconTrust Company ("ReconTrust"), and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively "Defendants") Motion to Dismiss on September 25, 2010, [DE 32].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiff Cindy Birkland ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about December 30, 2009, in Book No. 20091230 as Instrument No. 0001613 in the real property records maintained by the Clark County Recorder.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

444762

1. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this 25th day of April, 2011.

By _____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS AND ROCA LLP

By: _____
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendants*